FILED
2010 JUN 23 A 11: 40

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 150 MISC

VRW

Clyde Oliver West - #051796

_____/

**ORDER TO SHOW CAUSE**

It appearing that Clyde Oliver West has been suspended for one year by the Supreme Court of California effective May 30, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Clyde Oliver West
Attorney At Law
P O Box 214630
Sacramento, CA 95821-0630